**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**KENNY COFFEY**
**ADC #86434**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 2:11CV00172 BSM/JJV**

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al.**                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.   Plaintiff's complaint [Doc. No. 2] is dismissed for failure to state a claim upon which relief may be granted.

2.   Dismissal of plaintiff's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

4.   All pending motions are denied as moot.

Dated this 6th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE